UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JANE DOE I, et al.,            )
                               )
        Plaintiffs,            )
                               )
    vs.                        )    Case No. 4:08-CV-1518 (CEJ)
                               )
JEREMIAH W. NIXON, et al.,     )
                               )
        Defendants.            )

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of defendants Jeremiah W. Nixon and Matt Blunt for stay pending appeal, pursuant to Fed.R.Civ.P. 62(c).[1] Specifically, defendants ask the Court to stay the preliminary injunction entered on October 27, 2008, enjoining enforcement of subsections (1) and (2) of § 589.426.1, Mo.Rev.Stat.

The factors a court considers in determining whether to issue a stay pursuant to Rule 62(c) are: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. Hilton v. Braunskill, 481 U.S. 770, 776-77 (1987). In evaluating the harm that will occur depending on whether or not a stay is granted, courts consider three factors: (1) the substantiality of the injury alleged; (2)

---

[1]Defendant Robert P. McCulloch joins the motion.

the likelihood of its occurrence; and (3) the adequacy of the proof provided.  <u>Michigan Coalition of Radioactive Material Users, Inc. v. Griepentrog</u>, 945 F.2d 150, 154 (6th Cir. 1991).  The harm alleged must be both certain and immediate, rather than speculative or theoretical.  <u>Id.</u>

Having reviewed the motions and memoranda of the parties, the Court concludes that defendants have not met their burden to establish the propriety of a stay pending their appeal of the order entered on October 27, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendants Jeremiah W. Nixon and Matt Blunt to stay the order entered on October 27, 2008, [Doc. # 68] and the motion of defendant Robert P. McCulloch to stay [Doc. #64] are **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2008.