UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE I, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV01518 CEJ |
| | ) | |
| JEREMIAH W. NIXON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CLERK'S ENTRY OF DEFAULT

This matter is before the clerk of court on Plaintiffs' Motion for Entry of Clerk's Default against Defendant Jim Wells [Doc. # 134 ] pursuant to F.R.Civ.P. 55(a). The record reflects service of summons and the complaint upon Defendant Wells on December 10, 2008. Defendant has failed to file an answer or other responsive pleading within the time required by F.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default against Defendant Jim Wells [Doc. # 134 ] is **GRANTED**, and the default of this defendant is hereby entered.

*James G. Woodward*
JAMES G. WOODWARD
CLERK OF COURT

Dated this 6th day of January, 2009.