IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE I, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:08-cv-1518 CEJ |
| ) | |
| CHRIS KOSTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Plaintiffs' Motion for Extension of Time to File Response to

Motion to Stay or for Abstention

Come now Plaintiffs, pursuant to E.D.Mo. L.R. 1.05, and move this Court for an extension of time through and including August 4, 2009, in which to file their reply to Defendants McCulloch and Fitch's motion to stay or for abstention. In support of their motion, Plaintiffs state:

1. On July 9, 2009, Defendants Fitch and McCulloch filed a motion to stay or for abstention. (Doc. # 187).

2. Pursuant to E.D.Mo. L.R. 4.01 and Fed.R.Civ.P. 6(e), Plaintiffs' reply is due on July 21, 2009.

3. Plaintiffs' counsel requires additional time to respond to the motion. Undersigned counsel has had two intervening matters that required immediate action that have prevented him from working on a response. Co-counsel will be out of the country for the next two weeks.

4. Plaintiffs respectfully request a two-week extension, through and including

August 4, 2009, in which to file a response the motion.

5. This motion is not made for the purpose of delay and will not prejudice any party. Indeed, Defendants Fitch and McCulloch were themselves recently allowed a two-week extension to respond to a motion filed by Plaintiffs.

WHEREFORE Plaintiffs move this Court for entry of an ordering granting them through August 4, 2009, in which to file a response to Defendants Fitch and McCulloch's motion to stay or for abstention.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
OF EASTERN MISSOURI


/s/ Anthony E. Rothert
ANTHONY E. ROTHERT,  # 518779
American Civil Liberties Union of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112


David C. Nelson
NELSON AND NELSON
420 N. High Street
P.O. Box Y
Belleville, IL 62222
618-277-4000
Fax: 618-277-1136
Email: dnelson@nelsonlawpc.com

ATTORNEYS FOR PLAINTIFFS

2

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon each of the Defendants listed below by operation of this Court's ECF/CM system on July 15, 2009:

H. Morley Swingle
Office of Prosecuting Attorney
100 Court Street
Jackson, MO 63755
*Pro Se* and Attorney for Defendants Kinnison and Jordan

Howard Paperner
9322 Manchester Road
St. Louis, MO 63119
314-961-0097
Fax: 314-961-0667
Email: howardpaperner@sbcglobal.net
Attorney for Defendant O'Connor

Christopher J. Quinn
ATTORNEY GENERAL OF MISSOURI
P.O. Box 861
St. Louis, MO 63188
314-340-7861
Fax: 314-340-7029
Email: Christopher.Quinn@ago.mo.gov
Attorney for Defendants Nixon, Koster, Keathley, and Corwin

Lorena V. Merklin von Kaenel
ST. LOUIS COUNTY COUNSELOR'S OFFICE
41 S. Central Avenue
Clayton, MO 63105
314-615-7042
Fax: 314-615-3732
Email: lmerklinvonkaenel@stlouisco.com
Attorney for Defendants McCulloch and Lee

Patrick R. Gunn
GUNN AND GUNN
11901 Olive Boulevard
Suite 312
P.O. Box 419002
St. Louis, Missouri 63141-6736
314-432-4550
Fax: 314-432-4489
Email: prg@gunn-gunn.com
Attorney for Defendant Connelly

Peter Maharry
David S. Baker
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210
913-339-6757
Fax: 913-339-6187
Email: pmaharry@fisherpatterson.com
Email: dbaker@fisherpatterson.com
Attorneys for Defendants White and Vescovo

Michael G. Berry
MICHAEL G. BERRY, L.L.C.
221 Bolivar Street
Suite 100
Jefferson City , MO 65101
573-638-7272
Fax: 573-638-2693
Email: michaelberry@berrywilsonlaw.com
Attorneys for Pike and Cape Girardeau Defendants


                             /s/ Anthony E. Rothert