UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE I, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 4:08-CV-1518 (CEJ) |
| | ) |
| JEREMIAH W. NIXON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the motions of defendants Robert P. McCulloch and Colonel Jerry Lee for a more definite statement, pursuant to Rule 12(e), Fed.R.Civ.P. Plaintiffs oppose the motions and the issues are fully briefed.

On October 3, 2008, plaintiffs Jan Doe I, Jan Doe II, John Doe I, and John Doe II filed a motion for leave to proceed under pseudonyms. On October 21, 2008, McCulloch filed a motion for a more definite statement, requesting that the Court "either require the Plaintiffs to provide a more definite statement <u>by providing their full identities</u> or to dismiss the case in its entirety." (Doc. #41, at 4, ¶22) (emphasis added). On November 2, 2008, plaintiffs filed an amended complaint to add John Doe III and John Doe IV as plaintiffs in this action. The next day, plaintiffs John Doe II and John Doe IV filed a joint motion for leave to proceed under pseudonyms. McCulloch and Lee then filed a joint motion for a more definite statement, wherein they:

> [I]ncorporate[d] and renew[ed] Defendant McCulloch's Motion for [a] More Definite Statement and repl[ied] with respect to "Jan Doe I, Jane Doe II, John Doe I, and John Doe II" and reincorporate[d] the reasoning therein for . . . their . . . Motion for [a] More Definite Statement with respect to John Doe III and John Doe IV.

(Doc. #85, at 1-2). In a Memorandum and Order dated April 13, 2009, the Court granted plaintiffs' motions for leave to proceed under pseudonyms. Therefore, defendants' motions are moot.

Accordingly,

**IT IS HEREBY ORDERED** that the motions of defendants Robert P. McCulloch and Colonel Jerry Lee for a more definitive statement [Doc. ##41, 85] are **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2009.