UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE I, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:08-cv-1518 CEJ |
| ) | |
| CHRIS KOSTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR RECONSIDERATION**

Come now Plaintiffs, pursuant to Fed.R.Civ.P. 54(B), and respectfully move this Court for reconsideration of its September 25, 2009 order (Doc. # 222). In support, Plaintiffs state:

1.  On September 25, 2009, this Court entered an order granting the motion to abstain filed by Defendants Robert McCulloch and Tim Fitch. (Doc. #222). In the same order, this Court denied "all other pending motions in this action." The pending motions include Plaintiffs' fully briefed Second Motion for Preliminary Injunction. (Doc. # 179).

2.  Plaintiffs respectfully suggest this Court should reconsider its decision to abstain for the following reasons:

    A.  Although the parties agree that the provisions of § 589.426(1) and § 589.426(2) are unclear, the case before the Supreme Court of Missouri will clarify the provisions of neither;

    B.  The case before the Supreme Court of Missouri is a criminal case involving one defendant, not a class or any of the Plaintiffs; accordingly, a determination that §

589.426 does not apply retrospectively in that case will not deprive these Plaintiffs of standing to make the same assertion on their behalf (although it would portend the result); and

    C. Even if the Supreme Court of Missouri affirms in the case before it and further assuming, *arguendo*, such a ruling would make § 589.426 unenforceable against Plaintiffs, Plaintiffs' claims in this case will not be moot because Plaintiffs' Second Amended Complaint seeks nominal damages. Plaintiffs are entitled to an award of nominal damages if they can demonstrate their constitutional rights were violated on October 31, 2008 (or—absent injunctive relief on October 31, 2009). A party is entitled to an award of nominal damages when a constitutional right is violated because of the "importance to organized society that those rights be scrupulously observed." *Carey v. Piphus*, 435 U.S. 247, 266 (1978); *see also Farrar v. Hobby,* 506 U.S. 103, 112 (1992) ("*Carey* obligates a court to award nominal damages when a plaintiff establishes the violation of his [constitutional] right ... but cannot prove actual injury"). The Eighth Circuit recently reaffirmed that "nominal damages must be awarded when a plaintiff establishes a violation of the right to free speech." *Lowry ex rel. Crow v. Watson Chapel School Dist.*, 540 F.3d 752, 762 (8th Cir. 2008)(*citing Risdal v. Halford*, 209 F.3d 1071, 1072 (8th Cir. 2000)). It is well established that nominal damages must also be awarded where a party has established a violation of the right to due process. S*ee Farrar v. Hobby,* 506 U.S. 103, 112 (1992),

  3. In addition or in the alternative, Plaintiffs respectfully suggest this Court should reconsider its denial of Plaintiffs' Second Motion for Preliminary Injunction for the following reasons:

  A. It will be impossible for a decision in the case pending before the Supreme Court of Missouri to be rendered before § 589.426 is subject to enforcement on October 31, 2009;

  B. The Second Motion for Preliminary Injunction is fully briefed and opposed by less than one-third of Defendants;

  C. The delay in this Court's decision to abstain from when the issue was first raised on October 21, 2008 (Doc. # 44) to when the decision was made more than eleven months later (Doc. # 222) deprives Plaintiffs of the opportunity to obtain a final, enforceable order from the Missouri courts before they are again subjected to enforcement of § 589.426; and

  D. This Court has the authority to consider Plaintiffs' Second Motion for Preliminary Injunction even if this Court does abstain under *Pullman*.

      Respectfully submitted,

      **AMERICAN CIVIL LIBERTIES UNION OF EASTERN MISSOURI**

      /s/ Anthony E. Rothert
      Anthony E. Rothert, EDMO Bar #518779
      ACLU of Eastern Missouri
      454 Whittier Avenue
      St. Louis, Missouri 63108
      (314) 652-3114 Telephone
      Fax: (314) 652-3112

      David C. Nelson
      NELSON AND NELSON
      420 N. High Street
      P.O. Box Y
      Belleville, Illinois 62222
      (618) 277-4000
      Fax: (618) 277-1136
      Email: dnelson@nelsonlawpc.com

      ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon each of the Defendants listed below by operation of this Court's ECF/CM system on October 6, 2009:

H. Morley Swingle
Office of Prosecuting Attorney
100 Court Street
Jackson, MO 63755
*Pro Se* and Attorney for Defendants Kinnison and Jordan

Howard Paperner
9322 Manchester Road
St. Louis, MO 63119
314-961-0097
Fax: 314-961-0667
Email: howardpaperner@sbcglobal.net
Attorney for Defendant O'Connor

Christopher J. Quinn
ATTORNEY GENERAL OF MISSOURI
P.O. Box 861
St. Louis, MO 63188
314-340-7861
Fax: 314-340-7029
Email: Christopher.Quinn@ago.mo.gov
Attorney for Defendants Nixon, Koster, Keathley, and Corwin

Lorena V. Merklin von Kaenel
ST. LOUIS COUNTY COUNSELOR'S OFFICE
41 S. Central Avenue
Clayton, MO 63105
314-615-7042
Fax: 314-615-3732
Email: lmerklinvonkaenel@stlouisco.com
Attorney for Defendants McCulloch and Fitch

Patrick R. Gunn
GUNN AND GUNN
11901 Olive Boulevard
Suite 312
P.O. Box 419002
St. Louis, Missouri 63141-6736
314-432-4550
Fax: 314-432-4489
Email: prg@gunn-gunn.com
Attorney for Defendant Walsh

Peter Maharry
David S. Baker
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210
913-339-6757
Fax: 913-339-6187
Email: pmaharry@fisherpatterson.com
Email: dbaker@fisherpatterson.com
Attorneys for Defendants White and Vescovo

Michael G. Berry
MICHAEL G. BERRY, L.L.C.
221 Bolivar Street
Suite 100
Jefferson City , MO 65101
573-638-7272
Fax: 573-638-2693
Email: michaelberry@berrywilsonlaw.com
Attorney for Pike and Cape Girardeau Defendants

                         /s/ Anthony E. Rothert