UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE I, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 4:08-CV-1518 CEJ |
| | ) | |
| CHRIS KOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF DEFENDANTS KOSTER, NIXON, CORWIN AND
KEATHLEY IN OPPOSITION TO PLAINTIFFS' MOTION
FOR RECONSIDERATION**

Plaintiffs have moved this Court for reconsideration of its Order of September 25,

2009 (Doc. No. 222), wherein the Court granted the motion of Defendants Robert P.

McCulloch and Tim Fitch to abstain and stay further proceedings pending resolution of

the state court proceedings in *State of Missouri v. Charles A. Raynor,* Appeal No.

SC90164.  Plaintiffs' Motion for Reconsideration (Doc. No. 223).  Defendants, Chris

Koster, Attorney General of Missouri, Jeremiah W. Nixon, Governor of Missouri, James

Corwin, Chief of Police for the Kansas City, Missouri, Police Department, and Colonel

James F. Keathley, Superintendent of the Missouri State Highway Patrol (collectively,

"State Officials"), respectfully request that the Court deny plaintiffs' motion for the

reasons set forth in the Court's Order (Doc. No. 222) and at pages 4-7 of State Officials'

memorandum in opposition to plaintiffs' second motion for preliminary injunction (Doc.

No. 196).

Respectfully submitted,

**CHRIS KOSTER**
Attorney General


*/s/ Christopher J. Quinn*
CHRISTOPHER J. QUINN # 63236
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Christopher.Quinn@ago.mo.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 13, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.


*/s/ Christopher J. Quinn*
Assistant Attorney General