UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE I, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.: 4:08-CV-1518 CEJ |
| | ) |
| CHRIS KOSTER, et al., | ) |
| | ) |
| Defendants. | ) |

**RESPONSE OF DEFENDANTS KOSTER, NIXON, CORWIN AND KEATHLEY TO PLAINTIFFS' MOTION TO LIFT STAY**

Plaintiffs have moved this Court for an Order lifting the stay in this matter. (Doc. No. 229). Defendants, Chris Koster, Attorney General of Missouri, Jeremiah W. Nixon, Governor of Missouri, James Corwin, Chief of Police for the Kansas City, Missouri, Police Department, and Colonel James F. Keathley, Superintendent of the Missouri State Highway Patrol, do not oppose this motion.

These defendants respectfully request, however, that the Court permit the parties to file additional dispositive motions. As the Court pointed out at page 5 of its Order of September 25, 2009 (Doc. No. 222), plaintiffs' claims may be moot, or they may lack standing to pursue their claims, in light of the decision of the Missouri Supreme Court in *State of Missouri v. Charles A. Raynor,* No. SC90164.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Christopher J. Quinn*
CHRISTOPHER J. QUINN # 63236
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Christopher.Quinn@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Christopher J. Quinn*
Assistant Attorney General