UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE I, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|     vs. ) | No. 4:08-CV-1518 (CEJ) |
| ) | |
| JEREMIAH W. NIXON, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that plaintiffs' motion under Fed. R. Civ. P. 58(e) [Doc. #291] is **granted**.

**IT IS FURTHER ORDERED** that plaintiffs' pending motion for attorneys' fees is construed as a timely motion under Rule 59 for purposes of Federal Rule of Appellate Procedure 4(a)(4).

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of December, 2010.