IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE I, *et al.*,      ) | |
|         Plaintiffs,  ) | |
| v.                                      ) | No. 4:08-cv-1518 CEJ |
|                           ) | |
| CHRIS KOSTER, *et al.*,      ) | |
|         Defendants.  ) | |

<u>Second Motion for Extension of Time to File Reply to Responses to</u>

<u>Motion for Attorneys' Fees and Motion to Amend or Alter Judgment</u>

Come now Plaintiffs and move this Court for an extension of time through and including January 7, 2011, in which to file a reply to the responses to their pending motion for attorneys' fees and motion to amend or alter judgment. In support, Plaintiffs state:

1. On November 17, 2010, Plaintiffs filed a timely motion for attorneys' fees pursuant to Fed. R. Civ. P. 54. (Doc. # 285). The same date, they filed a motion to alter judgment. (Doc. # 288).

2. Four sets of defendants have filed memoranda in response to one or both motions. (Doc. # 292, 296, 302, 303). The latest of response memoranda was filed on December 15, 2010.

3. Plaintiffs previously requested and were granted until December 22, 2010, to file their reply memorandum. Subsequent to requesting the extension, undersigned counsel was invited to participate in a foreign exchange facilitated by a State Department grant and traveled out of the country beginning on December 7, 2010, with a return not scheduled until December 22, 2010. As a result, Plaintiffs require an additional extension of time though and including January 7, 2011, in which to file a reply.

4. This motion is not made for the purpose of delay or harassment and will prejudice no party.

WHEREFORE Plaintiffs move this Court for entry of an order extending the time for Plaintiffs to file a reply to responses to their motion for attorneys' fees and motion to alter judgment and for such other and further relief as is proper under the circumstances.

                Respectfully submitted,

                /s/ Anthony E. Rothert
                Anthony E. Rothert, # 44827MO
                ACLU of Eastern Missouri
                454 Whittier Avenue
                St. Louis, Missouri 63108
                (314) 652-3114 Telephone
                Fax: (314) 652-3112

                ATTORNEYS FOR PLAINTIFFS

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served upon each of the Defendants listed below by operation of this Court's ECF/CM system on December 16, 2010:

H. Morley Swingle
Office of Prosecuting Attorney
100 Court Street
Jackson, MO 63755
*Pro Se* and Attorney for Defendants Kinnison and Jordan

Howard Paperner
9322 Manchester Road
St. Louis, MO 63119
314-961-0097
Fax: 314-961-0667
Email: howardpaperner@sbcglobal.net
Attorney for Defendant O'Connor

Christopher J. Quinn
ATTORNEY GENERAL OF MISSOURI
P.O. Box 861
St. Louis, MO 63188
314-340-7861
Fax: 314-340-7029
Email: Christopher.Quinn@ago.mo.gov
Attorney for Defendants Nixon, Koster, Keathley, and Corwin

Lorena V. Merklin von Kaenel
ST. LOUIS COUNTY COUNSELOR'S OFFICE
41 S. Central Avenue
Clayton, MO 63105
314-615-7042
Fax: 314-615-3732
Email: lmerklinvonkaenel@stlouisco.com
Attorney for Defendants McCulloch and Fitch

Patrick R. Gunn
GUNN AND GUNN
11901 Olive Boulevard
Suite 312
P.O. Box 419002
St. Louis, Missouri 63141-6736
314-432-4550
Fax: 314-432-4489
Email: prg@gunn-gunn.com
Attorney for Defendant Connelly

Peter Maharry
David S. Baker
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210
913-339-6757
Fax: 913-339-6187
Email: pmaharry@fisherpatterson.com
Email: dbaker@fisherpatterson.com
Attorneys for Defendants White and Vescovo

Michael G. Berry
MICHAEL G. BERRY, L.L.C.
221 Bolivar Street
Suite 100
Jefferson City , MO 65101
573-638-7272
Fax: 573-638-2693
Email: michaelberry@berrywilsonlaw.com
Attorneys for Pike and Cape Girardeau Defendants

                                                /s/ Anthony E. Rothert